IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN FLOYD, SR. and GLORIA FLOYD, : | |
|     Plaintiffs,   : | CIVIL ACTION |
|   : | |
| v.   : | |
|   : | NO. 02-2986 |
| BRYAN CLARK,   : | |
|     Defendant.   : | |

**O R D E R**

      AND NOW, this     day of December, 2002, upon consideration of Defendant Bryan Clark's Appeal from an Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Judge Joseph L. Cosetti, it is hereby ORDERED that Defendant shall have until Monday, January 6, 2003, to show cause why the appeal in this matter should not be dismissed as untimely pursuant to Federal Rule of Bankruptcy Procedure 8002 ("notice of appeal shall be filed with the clerk within 10 days of the date of the entry of the judgment, order, or decree appealed from"), since it appears from the face of the record that the Order from which Defendant appeals was docketed on April 2, 2002, and Defendant's Motion to Appeal was docketed on April 23, 2002.

                                                          BY THE COURT:

                                                          Legrome D. Davis