IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN FLOYD, SR. and GLORIA FLOYD, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2986 |
| BRYAN CLARK, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this      day of January, 2003, upon consideration of Defendant Bryan Clark's Appeal from an Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Judge Joseph L. Cosetti, and Defendant having failed to file or submit any response to this Court's December 12, 2002 Order granting Defendant until Monday, January 6, 2003, to show cause why the appeal in this matter should not be dismissed as untimely, it is hereby ORDERED that the appeal is DISMISSED, on the grounds that it appears from the face of the record that the Order from which Defendant appeals was docketed on April 2, 2002, and Defendant's Motion to Appeal was not docketed until April 23, 2002, in violation of Federal Rule of Bankruptcy Procedure 8002 ("notice of appeal shall be filed with the clerk within 10 days of the date of the entry of the judgment, order, or decree appealed from").

BY THE COURT:

Legrome D. Davis