IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALVIN FLOYD, SR. and GLORIA GLOYD

02-cv-2986
District Court Docket Number

vs.

BRYAN CLARK

Notice of Appeal Filed <u>February 4, 2003</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
  Notice of Appeal __Paid _X_ Not Paid  __Seaman
  Docket Fee       __Paid _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
        Michele Helmer
        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm