IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: CALVIN FLOYD,
            Debtor

CALVIN FLOYD, SR.
and GLORIA FLOYD,
            Plaintiffs

    vs.

BRYAN CLARK
t/a MANAGEMENT SECURITY,
            Defendants

02-cv-2986
District Court Docket Number

Notice of Appeal Filed 12/29/2003
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  __Paid  _X_ Not Paid    __Seaman
    Docket Fee        __Paid  _X_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

            Defendant's Address (for criminal appeals)

            Prepared by : _____
                      Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm